# EXHIBIT B

Case 2:13-cv-02509-JWL-GLR   Document 4-2   Filed 11/13/13   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAUREE WHITE,          ) | |
|                        ) | |
| Plaintiff,     ) | Case No.: 2:13-cv-02509-JWL-GLR |
|                        ) | |
| v.                     ) | Judge Lungstrum |
|                        ) | Magistrate Judge Rushfelt |
| DIVERSIFIED CONSULTANTS, INC.,  ) | |
|                        ) | |
| Defendant.     ) | |

### AFFIDAVIT

1. I am an attorney.

2. I represent the Plaintiff in the above captioned matter.

3. DIVERSIFIED CONSULTANTS, INC., was served on October 16, 2013.

4. On November 13, 2013, I conducted a search of the court docket for this case.

5. An answer or other responsive pleading was due on or before November 6, 2013.

6. From my search of the court docket for this case, I noted that DIVERSIFIED CONSULTANTS, INC., has failed to file its answer or other responsive pleading.

7. In accordance with 28 U.S.C. 1746, the undersigned certifies under penalty of perjury that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that she verily believes the same to be true.

Dated: November 13, 2013                By:    s/ Mandy M. Shell
                                        Mandy M. Shell, KS Bar # 23410
                                        PO Box 413677
                                        Kansas City, MO  64141
                                        Telephone:  (913) 871-4170
                                        Facsimile:   (888) 418-1277
                                        E-Mail:      mshell@smithmarco.com
                                        ATTORNEY FOR PLAINTIFF

1