### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MAUREE WHITE,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cv-02509-JWL-GLR |
| ) | |
| v. ) | Judge Lungstrum |
| ) | Magistrate Judge Rushfelt |
| **DIVERSIFIED CONSULTANTS, INC.,** ) | |
| ) | |
| Defendant. ) | |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT
### PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COMES the Plaintiff, MAUREE WHITE, by and through her attorneys, SMITHMARCO, P.C., and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby respectfully requests that the Clerk of the Court enter the default of DIVERSIFIED CONSULTANTS, INC., for its failure to answer or otherwise plead. In support thereof, Plaintiff states as follows:

1. Defendant was served on October 16, 2013. (A true and exact copy of the return of service is attached hereto as **Exhibit A**).

2. An answer or other responsive pleading was due on or before November 6, 2013

3. After a complete review of the court docket, Plaintiff has determined that the Defendant has failed to answer or otherwise plead. (See **Exhibit B**).

WHEREFORE, Plaintiff, MAUREE WHITE, respectfully requests that the Clerk of the Court enter the default of DIVERSIFIED CONSULTANTS, INC.

                                                                      Respectfully submitted,
                                                                      **MAUREE WHITE**

Dated: November 13, 2013                By:    s/ Mandy M. Shell

2

        Mandy M. Shell, KS Bar # 23410  
        PO Box 413677  
        Kansas City, MO  64141  
        Telephone:   (913) 871-4170  
        Facsimile:    (888) 418-1277  
        E-Mail:        mshell@smithmarco.com  
        ATTORNEY FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **MAUREE WHITE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:13-cv-02509-JWL-GLR |
| | ) | |
| v. | ) | **Judge Lungstrum** |
| | ) | **Magistrate Judge Rushfelt** |
| **DIVERSIFIED CONSULTANTS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

**To:**   Diversified Consultants, Inc.            Diversified Consultants, Inc.
10550 Deerwood Park Blvd., Suite 309            c/o John R. Crawford. Esq.
Jacksonville, FL 32256            Marks Gray, P.A.
            1200 Riverplace Blvd, Suite 800
            Jacksonville, FL 32207

   I, Mandy Shell, an attorney, certify that on **November 13, 2013**, I shall cause to be served a copy of **Plaintiff's Request for Clerk's Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

   __X__ U.S. Mail                                                 ____ Facsimile
   ____ Messenger Delivery                              ____ Email
   ____ Federal Express/UPS                              ____ ECF

Dated: November  13, 2013            By:    s/ Mandy M. Shell
            Mandy M. Shell, KS Bar # 23410
            PO Box 413677
            Kansas City, MO  64141
            Telephone:   (913) 871-4170
            Facsimile:    (888) 418-1277
            E-Mail:       mshell@smithmarco.com
            ATTORNEY FOR PLAINTIFF