# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAUREE WHITE,                       ) | |
|               Plaintiff,            ) | Case No.: 2:13-cv-02509-JWL-GLR |
| v.                                                  ) | Judge Lungstrum |
|                                                        ) | Magistrate Judge Rushfelt |
| DIVERSIFIED CONSULTANTS, INC.,  ) | |
|               Defendant.           ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, MAUREE WHITE, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                                              Respectfully submitted,
                                              **MAUREE WHITE**

Dated: February 4, 2014                    By:    s/ Mandy M. Shell
                                                          Mandy M. Shell, KS Bar # 23410
                                                          PO Box 413677
                                                          Kansas City, MO  64141
                                                          Telephone:  (913) 871-4170
                                                          Facsimile:   (888) 418-1277
                                                          E-Mail:     mshell@smithmarco.com
                                                          ATTORNEY FOR PLAINTIFF

1